ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | * CRIMINAL NO. H-00-034-01 |
| | * |
| SANTOS SAUCEDA, JR. | * |

## AMENDED ORDER RESETTING HEARING

By agreement of the parties, the hearing set for October 6, 2005, in the above-captioned case, is hereby reset to October 20, 2005, at 2:00 p.m.

The Court ORDERS the government to make the arrangements to have the hearing videotaped. Additionally, the Court ORDERS the defendant to provide the government with a list of witnesses, all documents, and a summary of the witnesses' testimony that the defendant will introduce at the hearing by October 7, 2005.

Signed at Brownsville, Texas, this 6th day of October 2005.

_____
Felix Recio
United States Magistrate Judge